# EXHIBIT 20

**GOVERNMENT OF PUERTO RICO**
**PUBLIC SERVICE REGULATORY BOARD**
**PUERTO RICO ENERGY BUREAU**

| | |
|---|---|
| **IN RE:** DRAFT STUDY ON NET METERING AND DISTRIBUTED ENERGY | **CASE NO.:** NEPR-MI-2024-0006 <br><br> **SUBJECT:** Publication of Draft Study on Net Metering and Distributed Energy. |

## RESOLUTION

Article 4 of Act 114-2007[1] mandates the Energy Bureau of the Puerto Rico Public Service Regulatory Board ("Energy Bureau") to conduct a study on net metering and distributed energy in which it shall evaluate and consider the costs and benefits associated with: (1) the net metering program, (2) distributed generation technologies, (3) smaller scale solar energy, and (4) energy storage systems. Act No. 10, which was approved on January 10, 2024, amended Arts. 4 and 9 of Act 114-2007.

On the other hand, Act 57-2014[2] empowers the Energy Bureau to conduct periodic studies and research on the generation, transmission and distribution, use and consumption of energy, whether using petroleum and/or its derivatives such as fuel, natural gas, renewable energy sources, waste conversion, as well as any other mechanism or technology that may be used as an energy resource, to determine the energy needs of Puerto Rico during any period of time.[3] In turn, the Energy Bureau has the power to carry out the inspections, investigations and audits it deems necessary to achieve the purposes of Act 57-2014.[4]

Acting within the broad delegated powers and duties, the Energy Bureau publishes the Draft Study on Net Metering and Distributed Energy and includes it as Annex A to this Resolution.

To be published.

| | |
|---|---|
| [Signature] <br> Edison Avilés Deliz <br> Chair | [Signature] <br> Ferdinand A. Ramos Soegaard <br> Associate Commissioner |
| [Signature] <br> Sylvia B. Ugarte Araujo <br> Associate Commissioner | [Signature] <br> Antonio Torres Miranda <br> Associate Commissioner |

[Stamp: PUERTO RICO ENERGY BUREAU – NEPR – PUBLIC SERVICE REGULATORY BOARD]

---

[1] *Electric Power Authority Net Metering Program Act*, as amended ("Act 114-2007").
[2] *Energy Transformation and Relief Act*, as amended ("Act 57-2014").
[3] Art. 6.3(cc) of Act 57-2014.
[4] Art. 6.3(bb) of Act 57-2014.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 20 / JUNE / 2024 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

**CERTIFICATION**

I hereby certify that it was so agreed by the majority of the members of the Puerto Rico Energy Bureau on June 14, 2024. Associate Commissioner Lillian Mateo did not intervene. I further certify that, on June 14, 2024, a copy of this Resolution was published on the website of the Energy Bureau https://energia.pr.gov/; and I have proceeded with the filing of the Resolution issued by the Puerto Rico Energy Bureau.

And, in witness whereof, I have signed this document in San Juan, Puerto Rico, today, June 14, 2024.

[Signature]
Sonia Seda Gaztambide
Secretary


[Stamp: PUERTO RICO ENERGY BUREAU –
NEPR –
PUBLIC SERVICE REGULATORY BOARD]

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 20 / JUNE / 2024 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **PREB Resolution MI-2024-0006 (Spanish)**

Signed this 20th day of June, 2024

Phillip Berryman

