UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------x

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | (Jointly Administered) |
| Debtor. | |

-----------------------------------------------------x

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Adv. Proc. No. 24-00062-LTS |
| Plaintiffs, | |
| v. | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

HON. PEDRO PIERLUISI, in his official
capacity as Governor of Puerto Rico,

                          Defendants.
-------------------------------------------------------------x

## ORDER SETTING EXPEDITED SCHEDULE

Upon consideration of the *Urgent Joint Motion for Order Setting Expedited Briefing Schedule* (Docket Entry No. 5 in Adv. Proc. No. 24-00062) (the "Urgent Motion"), filed on August 8, 2024 by Plaintiff the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and Defendant the Honorable Pedro R. Pierluisi (the "Governor" or "Defendant", and together with the Oversight Board, the "Parties"), and it appearing (*i*) the Court has subject matter jurisdiction over this Urgent Motion pursuant to PROMESA §§ 106(a), 306(a)(2) and 306(b) and 28 U.S.C. § 1331; (*ii*) venue of this proceeding and the Urgent Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (*iii*) notice of the Urgent Motion was adequate and proper under the circumstances and no further or other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein.

2. Defendant's motion to dismiss, if any, shall be filed and served by **August 16, 2024**, at 11:59 p.m. (Atlantic Standard Time).

3. If Defendant files a motion to dismiss, the Oversight Board shall file any opposition papers by **September 9, 2024**, at 11:59 p.m. (Atlantic Standard Time), and Defendant shall file any reply papers by **September 23, 2024**, at 11:59 p.m. (Atlantic Standard Time).

4. If the Defendant does not file a motion to dismiss, Defendant's answer to the Complaint shall be filed and served by **September 11, 2024**, at 11:59 p.m.

(Atlantic Standard Time).

5. Any party may file a motion for summary judgment by **September 25, 2024**, at 11:59 p.m. (Atlantic Standard Time), any party opposing the motion shall file any opposition papers by **October 23, 2024**, at 11:59 p.m. (Atlantic Standard Time), and the moving party's reply papers shall be filed **November 13, 2024**, at 11:59 p.m. (Atlantic Standard Time).

6. Any motion to intervene shall be filed no later than **September 4, 2024**, at 11:59 p.m. (Atlantic Standard Time).

7. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

8. This Order resolves Docket Entry No. 5 in Adversary Proceeding No. 24-00062.

Dated: August 9, 2024

                                                             /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             United States District Judge