UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

    Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

(Jointly Administered)

---------------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

    Plaintiffs,

v.

Adv. Proc. No. 24-00062-LTS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

HON. PEDRO PIERLUISI, in his official
capacity as Governor of Puerto Rico,

                    Defendants.

-------------------------------------------------------------x

<u>ORDER SCHEDULING BRIEFING OF INTERVENTION MOTION</u>

        The Court has received and reviewed the *Motion to Request Intervention on Behalf of the Senate of Puerto Rico and the Honorable Jose Luis Dalmau in his Official Capacity as President of the Senate of Puerto Rico* (Docket Entry No. 8 in Adv. Proc. No. 24-00062) (the "Motion"), filed by Hon. José Luis Dalmau, in his official capacity as President of the Senate of Puerto Rico (the "Movant").

        Responsive papers to the Motion, if any, must be filed by **August 29, 2024**, at **5:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **September 4, 2024**, at **5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

Dated: August 23, 2024

                                                      /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge