# ESTADO LIBRE ASOCIADO DE PUERTO RICO

19na. Asamblea
    Legislativa

5ta. Sesión
    Ordinaria

## SENADO DE PUERTO RICO

# P. del S. 1064

**INFORME POSITIVO**

24 de junio de 2023

**AL SENADO DE PUERTO RICO:**

La Comisión de Proyectos Estratégicos y de Energía del Senado de Puerto Rico, previo estudio y consideración del **P. del S. 1064**, recomienda a este Alto Cuerpo la **aprobación** de la medida, con enmiendas en su entirillado.

## I.  ALCANCE DE LA MEDIDA

El P. del S. 1064, propone enmendar el Artículo 4 de la Ley 114-2007, según enmendada, conocida como "Ley del Programa de Medición Neta en la Autoridad de Energía Eléctrica", a los fines de reformular el término provisto para realizar un estudio sobre medición neta y energía distribuida, así como también para que la Autoridad de Energía Eléctrica, su sucesora o el contratante de la red de trasmisión y distribución, puedan solicitar al Negociado de Energía y al Federal Emergency Management Agency (FEMA, por sus siglas en inglés), los fondos necesarios para aumentar la capacidad del sistema de distribución para integrar sistemas fotovoltaicos distribuidos; y para otros fines.

## II. INTRODUCCIÓN

Según la exposición de motivos del P. del S. 1064, la Ley 17-2019, según enmendada, conocida como la "Ley de Política Pública Energética", estableció la política pública que creó los parámetros guías para que el sistema energético de Puerto Rico sea un sistema energético resiliente, confiable, robusto, con tarifas justas y razonables. Por otro lado, el programa de medición neta establecido por la Ley 114-2007, según enmendada, creó el programa de medición neta, con el propósito de incentivar que clientes residenciales y comerciales instalen equipos fotovoltaicos. Mediante el programa de medición neta, el cliente recibiría una compensación por el exceso de electricidad que genere su equipo y por esta ser a través de un crédito, sólo pagaría por la electricidad neta que le suministre la Autoridad de Energía Eléctrica (en adelante, "AEE") o la Compañía de Servicio Eléctrico (en adelante, "CSE").

En los informes trimensuales que LUMA está obligado a entregar con el Negociado de Energía, se observa cómo, en los últimos años, la generación de energía solar distribuida ha alcanzado más de 370 MW y cada mes se están conectando más de 2,000 sistemas a la red eléctrica. Estos sistemas tienen el potencial de aportar alrededor de 52,000 GWh mensualmente. Esta dinámica refleja la gran importancia y valor que nuestra ciudadanía le otorga a la generación de energía solar, particularmente en una coyuntura donde existe una red eléctrica debilitada, poco confiable y mal operada.

La energía solar en techos provee resiliencia y autosuficiencia para decenas de miles de consumidores, mientras contribuye a la reducción de la inversión del erario en la compra de combustibles fósiles importados, y cuyos costos dependen de las fluctuaciones tanto de la relación entre oferta y demanda, así como de la especulación en los mercados financieros. Esta reducción en la compra de combustibles fósiles también redunda en un beneficio económico a las diversas clases de consumidores que aún dependen del sistema de generación que provee la AEE, AES y Ecoeléctrica, y de transmisión y distribución que actualmente opera LUMA Energy (en adelante, "LUMA").

Para las diversas clases de consumidores (ciudadanía, comercios, ONGs y empresas, entre otras) que pueden invertir en la instalación de sistemas fotovoltaicos,

estos sistemas se han convertido en una alternativa viable y esencial para mitigar los problemas de inestabilidad y altos costos de un sistema eléctrico sustentado por la quema de combustibles fósiles. Para las personas que dependen de equipos médicos para manejar condiciones de salud crónicas y mantener cierta calidad de vida, los sistemas de respaldo de energía sostenidos por sistemas de placas solares con baterías, pueden literalmente salvar sus vidas.

La organización CAMBIO, en colaboración con la IEEFA, en su Estudio de Integración de Recurso Solar Distribuido en Puerto Rico, realizó un modelaje que muestra la viabilidad de alcanzar a 75% energía renovable distribuida dentro de 15 años y que esta transformación resultaría en un sistema más resiliente, confiable y asequible. Este modelaje también demuestra que no tendría que haber cambios operacionales o mejoras a la red para mantener la confiabilidad del sistema hasta que la cantidad de energía renovable distribuida alcance al menos 25% del consumo energético del país.

La medición neta es clave para que los consumidores tengan el derecho de aprovecharse de energía limpia y local para ser autosuficiente y al mismo tiempo provee beneficios a la red eléctrica.

El rápido crecimiento de equipos que generan energía solar en techos durante los últimos años es cónsono con la política pública energética. Lamentablemente, este crecimiento ha sido mayormente impulsado por las necesidades energéticas de las diversas clases de consumidores, por la inestabilidad y altos costos de nuestro sistema energético, y por el estímulo de compensar a los prosumidores de energía mediante el programa de medición neta. El programa de medición neta tiene un rol clave en la implementación de los objetivos de política pública establecidos en la Ley 17-2019, incluyendo "facilitar la interconexión de energía distribuida a la red eléctrica" y "viabilizar que el consumidor de servicio de energía pueda convertirse en prosumidor". Al momento, no existen otros incentivos disponibles a los diversos grupos de consumidores que optan por instalar sistemas solares.

Se debe tener meridianamente claro que reducir el crédito que reciben los prosumidores por la energía que sus sistemas generan se puede interpretar como otro esfuerzo para imponer un "impuesto al sol", lo cual ha sido y debe ser rechazado

contundentemente. Este tipo de imposición abonaría al deterioro del atropellado mercado que intenta crecer y retrasaría la recuperación económica del país.

Esta Asamblea Legislativa fomenta el desarrollo continuo de políticas que evalúan e implementan distintas alternativas de energías renovables. Por ende, cualquier esfuerzo para debilitar el programa de medición neta sería contraproducente para el país. Son demasiados los factores que inducen en el deficiente sistema eléctrico que el gobierno ofrece y la confiabilidad de la red eléctrica ha empeorado desde que se contrató a LUMA. Así las cosas, prácticamente, la única alternativa que le ha quedado a los diversos grupos de consumidores es la instalación de sistemas solares, con y sin sistemas de baterías. Por lo que, sería muy injusto socavar la capacidad de éstos para instalar sistemas fotovoltaicos en una coyuntura de alta inestabilidad del sistema, precios elevados de combustibles, entre otros.

De manera que es nuestra responsabilidad fomentar la transformación de nuestro sistema eléctrico e impulsar toda iniciativa que pretenda evitar: la dependencia excesiva de combustibles fósiles, la contaminación ambiental y que incrementen los efectos del cambio climático. Cada día son más las jurisdicciones que se desplazan a la producción de energía a través de fuentes renovables y por ende se crean mayores programas que lo incentiva. Es por esto, que es ineludible que se promueva la reconstrucción y modernización de nuestra red eléctrica y que se utilicen los fondos federales asignados para esto correctamente. Así las cosas, es necesario que nos aseguremos, que una porción sustancial de estos fondos federales sea utilizada, para aumentar la capacidad de la red a través de sistemas que generen electricidad mediante fuentes renovables de energía y para que estos se interconecten con la red de transmisión y distribución. Sin que esto represente un aumento en los costos del cliente o de la implementación de nuevos impuestos.

Cónsono con la anterior, esta Asamblea Legislativa considera meritorio enmendar la Ley 114-2007, según enmendada, para que la letra de la ley sea cónsona con la intención legislativa, de que los clientes que instalen sus sistemas fotovoltaicos sean compensados justamente por la energía que aportan a la red eléctrica.

### III. ANÁLISIS DE LA MEDIDA

Para la debida consideración y estudio del P. del S. 1064, esta Comisión solicitó memoriales explicativos a diversos componentes gubernamentales e instituciones privadas, entre ellos:

- ❖ Colegio de Ingenieros y Agrimensores de Puerto Rico (CIAPR);
- ❖ Asociación de Energía Solar y Almacenamiento de Puerto Rico (SESA, por sus siglas en inglés);
- ❖ LUMA Energy, LLC. (LUMA);
- ❖ Negociado de Energía de Puerto Rico (NEPR);
- ❖ Colegio de Peritos Electricistas de Puerto Rico (CPEPR);
- ❖ Hispanic Federation;
- ❖ Autoridad de Energía Eléctrica (AEE);
- ❖ Autoridad de Asesoría Financiera y Agencia Fiscal (AAFAF);
- ❖ Cambio PR;
- ❖ Asociación de Consultores y Contratistas de Energía Renovable de Puerto Rico, Inc. (ACONER).

A pesar de haberle solicitado oportunamente memoriales explicativos y haberle concedido amplia oportunidad para presentar sus comentarios sobre el P. del S. 1064, ni la AEE, el CIAPR, Hispanic Federation y el CEPR, presentaron los mismos.

Habiendo, de esta forma, incorporado las ponencias recibidas por la Comisión durante su proceso de evaluación del P. del S. 1064, se detalla, en todas aquellas áreas relevantes, el contenido de dichas ponencias a continuación:

### ASOCIACIÓN DE ENERGÍA SOLAR Y ALMACENAMIENTO DE PR (SESA)

SESA apoya enérgicamente el concepto de extender la medición neta. No obstante, dicho apoyo a este proyecto específico depende enteramente en que las enmiendas técnicas que aquí proponemos sean adoptadas e incorporadas en su totalidad.

Nuestras enmiendas son las siguientes:

1. Las frases luego de que o cuando "la generación de energía renovable distribuida haya sobrepasado el veinticinco por ciento (25%) del consumo energético del país" mencionada varias veces en el proyecto, debe corregirse a luego de que o cuando "la generación de energía renovable distribuida haya sobrepasado el veinticinco por ciento (25%) del consumo energético anual del país." Igualmente, la frase "Durante el mencionado periodo de crecimiento de energía renovable distribuida y hasta que esta generación no haya sobrepasado el veinticinco por ciento (25%) del consumo energético del país" debe leer "Durante el mencionado periodo de crecimiento de energía renovable distribuida y hasta que esta generación no haya sobrepasado el veinticinco por ciento (25%) del consumo energético anual del país." Esta misma corrección al 25% del consumo energético anual del país, debe realizarse en toda instancia del proyecto en que se haga alusión al 25% de consumo energético.

   El consumo energético anual es la única métrica razonable pertinente a este tema. De no ser así, en cualquier momento particular, por ejemplo, los apagones que cotidianamente nos aquejan el consumo de energía renovable distribuida en el país no solo sobrepasaría ese 25%, sino que constituiría ocasionalmente cerca del 100% del consumo en ciertos periodos, pues son los sistemas solares con baterías continúan operando ininterrumpidamente y proveyendo luz eléctrica renovable cada vez que la red central de la utilidad cae en un apagón general.

2. La frase "La Compañía de Servicio Eléctrico podrá solicitar al Negociado de Energía, a la Agencia Federal para el Manejo de Emergencias (FEMA, por sus siglas en inglés) y a cualquier otra agencia federal, los fondos con el propósito de aumentar la capacidad del sistema de distribución y de la interconexión de sistemas de generación fotovoltaica o renovable

distribuidos," debe ser eliminada y borrada, así como la frase que busca sustituir en la ley vigente.

Según SESA, el Negociado de Energía puede, y tiene que tener, un rol central en los procesos relativos a la obligación de LUMA para aumentar la capacidad de hospedaje de renovables en la red (renewables hosting capacity), Asimismo, el Negociado debe también realizar un procedimiento de este tipo, conocido como "Proactive Renewables Hosting Capacity Planning", con la participación de todas las partes interesadas, incluyendo a SESA, para fiscalizar las obligaciones de LUMA en este respecto.

SESA envió a la Comisión con posterioridad a su memorial explicativo, otras enmiendas para el P. del S. 1064.

## NEGOCIADO DE ENERGÍA DE PUERTO RICO (NEGOCIADO)

Para el Negociado, de conformidad a la Exposición de Motivos del P. del S. 1064, la Ley 114-2007 creó el programa de medición neta con el propósito de incentivar que clientes residenciales y comerciales instalen equipos fotovoltaicos, ya que recibirían una compensación por el exceso de electricidad que genere su equipo a través de un crédito en la factura de la Autoridad de Energía Eléctrica o la Compañía de Servicio Eléctrico que le provee el servicio, si ese fuera el caso. Continúa exposición de motivos indicando que la organización CAMBIO demostró que no tendría que haber cambios operacionales o mejoras a la red para mantener la confiabilidad del sistema hasta que la cantidad de energía renovable distribuida alcance al menos 25% del consumo energético del país. Por lo anterior, la Asamblea Legislativa expone que la medición neta es clave para que los consumidores tengan el derecho de aprovecharse de energía limpia y local para ser autosuficiente y al mismo tiempo provee beneficios a la red eléctrica y que al presente no existen incentivos al consumidor para invertir en equipos que generan energía solar, más allá del crédito a recibir en sus facturas. Pese a lo anterior, en el Plan Fiscal de la Autoridad de Energía Eléctrica de Puerto Rico de 2022, la Junta de Supervisión y Administración Financiera señala que el programa de

medición neta, podría ser demasiado generoso en el incentivo que provee a los prosumidores y enfatiza el estudio del programa requerido por la Ley como oportunidad para reformarlo y que dicha reforma en caso de que reduzca el crédito que reciben los prosumidores por la energía que sus sistemas generan, se puede interpretar como otro esfuerzo para imponer un "impuesto al sol", lo cual ha sido y debe ser rechazado contundentemente. En aras de no debilitar el programa de medición neta la Asamblea Legislativa entiende necesario enmendar el Artículo 4 de la Ley 114-2007.

El Negociado es la agencia que tiene jurisdicción para fiscalizar la cabal ejecución e implementación de la política pública sobre el servicio energético, así como fiscalizar la calidad, eficiencia y confiabilidad del servicio eléctrico provisto por cualquier compañía certificada en Puerto Rico para garantizar una red robusta que atienda las necesidades de la isla. La Ley 17-2019, en su Artículo 1.6, establece la Política Pública Energética, que esta tiene como misión alcanzar los siguientes objetivos iniciales, los cuales en lo pertinente al P. del S. 1064, citamos a continuación:

"Artículo 1.6. -Objetivos iniciales. (22 L.P.R.A. § 1141e[1]) La política pública energética tiene como misión alcanzar, entre otros, los siguientes objetivos iniciales.
1) Promover la más rápida y efectiva reconstrucción, modernización y actualización del sistema de transmisión y distribución de la red para desarrollar un sistema robusto, flexible que pueda integrar nuevas tecnologías, generación distribuida, fuentes de energía renovable, mecanismos de eficiencia energética y provea a los consumidores alternativas en el sector energético maximizando los recursos estatales y federales disponibles....

2) ...

3) …

4) Viabilizar que el consumidor del servicio de energía pueda convertirse en prosumidor mediante programas como medición neta, la adopción de diseños tarifarios que promuevan la generación detrás del contador ("behind-the-meter"), entre otros mecanismos disponibles o que estén disponibles en un futuro....

5) …

---

[1] 22 L.P.R.A. § 1141e.

6) …

7) …

8) Facilitar fa interconexión de generación distribuida a la red eléctrica por cualquier mecanismo disponible, incluyendo, pero sin limitarse a la generación distribuida, fuentes de energía renovable, medición neta del uso de microredes mediante la implementación de los mecanismos, estrategias y tecnologías disponibles en la industria eléctrica para estos propósitos....

…

14) Robustecer las facultades y funciones del Negociado de Energía de Puerto Rico para viabilizar y ejecutar la implementación de la política pública energética de Puerto Rico concediéndole mayor autonomía presupuestaria, ampliando sus poderes para investigar, incentivar, fiscalizar y penalizar cualquier persona natural o jurídica bajo su jurisdicción."

Por su parte, en el Artículo 4 de la Ley 114-2007, con relación a la tarifa a establecer para el Programa de Medición Neta, le ordena al Negociado realizar un estudio sobre medición neta y energía distribuida mediante un procedimiento formal independiente, con participación de partes interesadas y el público en general, en el cual evaluará y considerará los costos y beneficios asociados al programa de medición neta, las tecnologías de generación distribuida, la energía solar a menor escala, y los sistemas de almacenamiento de energía. Dicho estudio deberá concluirse no más tarde de cinco (5) años después de la entrada en vigor de la Ley de Política Pública Energética. Una vez que los resultados de dicho estudio sean integrados al programa o tarifa de medición neta, el estudio permanecerá en efecto por no menos de tres (3) años y/o hasta que el Negociado de Energía, motu proprio o a petición de parte, determine que procede iniciar un procedimiento formal de revisión de este.

En el presente, se dispone que hasta que el Negociado, durante el periodo mencionado de cinco (5) años no establezca los valores correspondientes de la energía distribuida y de los sistemas de almacenaje de energía conforme al estudio, el crédito

por energía exportada por clientes de medición neta será igual al valor de dicha energía conforme a la tarifa aplicable al cliente y cualquier cargo aplicable a clientes de medición neta estará basado en su consumo neto. Es decir, tal cual está en la actualidad la medición neta es a razón de 1:1.

El P. del S. 1064 tiene el propósito de enmendar el estado de derecho actual, que ordena al Negociado de Energía realizar un estudio sobre Medición Neta y energía distribuida en un término de cinco (5) años después de la entrada en vigor de la Ley de Política Pública Energética, hasta tanto el crecimiento de energía renovable distribuida y hasta que esta generación no haya sobrepasado el veinticinco por ciento (25%) del consumo energético del país. Además, pretende enmendar el Artículo 9 de la Ley 114-2007, para disponer que en caso de que el alimentador sobrepase su capacidad, la compañía solicitante (dueña del alimentador) podrá solicitar al Negociado de Energía, a la Agencia Federal para el Manejo de Emergencias (FEMA, por sus siglas en inglés) y a cualquier otra agencia federal, los fondos con el propósito de aumentar la capacidad del sistema de distribución y de la interconexión de sistemas de generación fotovoltaica o renovable distribuidos.

Es menester mencionar que, bajo el estado de derecho actual, este es un costo a asumir por la compañía solicitante, no sujeto por disposición de ley, a solicitar fondos para llevar a cabo la mejora necesaria a la infraestructura ("feeder").

El Negociado de Energía de la JRSP está comprometido con fiscalizar, fomentar e implementar toda política pública adoptada que esté dirigida a promover un sistema eléctrico de primer orden que sea resiliente, confiable, a tenor con los estándares de ley, reglamentos y mejores prácticas de la industria mediante una tarifa justa y razonable. Como agencia reguladora del servicio eléctrico en Puerto Rico, el Negociado de Energía atiende múltiples procesos investigativos, adjudicativos y regulatorios. Entre estos procesos se encuentran, pero no se limita a asuntos relacionados a los procesos de revisión y modificación de tarifas, modernización del sistema eléctrico, entre otros procesos regulatorios.

Enmendar el Artículo 4 de la Ley 114-2007, que ordena al Negociado de Energía realizar un estudio sobre Medición Neta y energía distribuida en un término de cinco

(5) años después de la entrada en vigor de la Ley de Política Pública Energética, a que dicho término se cumpla hasta tanto el crecimiento de energía renovable distribuida y hasta que esta generación no haya sobrepasado el veinticinco por ciento (25%) del consumo energético del país, podría, en su aplicación práctica, beneficiar el programa de medición neta y distribución.

De aprobarse el P. del S. 1064, según propuesto, dejaría a una fecha indeterminada cuándo el Negociado de Energía evaluará y considerará los costos y beneficios asociados al programa de medición neta. El conocer los costos y beneficios es productivo para todas las partes ya que nos brinda el detalle del desarrollo del programa de medición neta y si es necesario o no continuar con él.

Por lo anteriormente indicado, sugerimos conseguir un consenso en cuanto a la fecha que debe realizarse el estudio, tomando como base las distintas aportaciones, sugerencias y recomendaciones de todos los sectores, incluyendo de la industria y del pueblo puertorriqueño.

## LUMA Energy, LLC. (LUMA)

Según LUMA, cabe señalar que empoderar un futuro de energía limpia comienza con la priorización de soluciones sostenibles, como proyectos de distribución renovable o energía solar en los techos. Construir un mejor futuro energético para Puerto Rico requiere que todos trabajemos juntos para usar más energía renovable en el hogar, para impulsar nuestros vehículos (EV) y negocios, así como para generar energía.

Para ayudar a mejorar la infraestructura eléctrica, LUMA ha identificado y seleccionado un conjunto de proyectos a corto plazo cuya implementación y construcción está prevista para los próximos tres años. Juntos, estos proyectos capitales representarán $7,200 millones y darán empleo a miles de personas en todos los municipios de Puerto Rico. Lo mejor de todo es que estos proyectos capitales ayudarán a construir lo que los clientes esperan y merecen: un sistema eléctrico de clase mundial.

Para LUMA, como parte de su compromiso, se han hecho un gran esfuerzo para atender el atraso de solicitudes de conexión a energía solar que dejó el pasado operador y han incrementado la velocidad de respuesta en un 700%; informando que, desde el 1

de junio de 2021, se han integrado al sistema más de 42,000 nuevas conexiones al programa, lo que representa 273MV de energía renovable nueva y limpia. Además, alegan han completado el Plan EV y estudios para conectar 1.300MW de generación de energía renovable a gran escala a la red. De la misma manera, desde octubre de 2021, LUMA compiló los datos disponibles del sistema, organizados y mantenidos por la Autoridad de Energía Eléctrica de Puerto Rico (AEE), y desarrolló un mapa para brindar visibilidad de la capacidad del sistema de distribución, incentivando así a los clientes y desarrolladores a utilizar esta información de referencia para validar la factibilidad de interconexión en un lugar específico. Este tablero de capacidad de interconexión permite a clientes ver la capacidad de la red en su área y su capacidad para aceptar instalaciones adicionales de energía solar y renovable, ingresando direcciones específicas para verificar si un circuito de distribución (alimentador) tiene espacio para acomodar proyectos adicionales sin causando picos de voltaje o interrupciones en la red eléctrica de la isla.

Como se señaló anteriormente, en síntesis P. del S. 1064 llama a reformular el término dispuesto en la Ley 114-2007, para un estudio sobre medición neta y energía distribuida, para que la empresa de servicios públicos pueda solicitar al Negociado de Energía de Puerto Rico (NEPR) y al Federal Emergency Management (FEMA) por los fondos necesarios para aumentar la capacidad del sistema de distribución para integrar sistemas fotovoltaicos distribuidos. La exposición de motivos del P. del S. 1064, establece que el Estudio de Integración de Recursos Solares Distribuidos en Puerto Rico, realizó un modelado que muestra la factibilidad de alcanzar el 75% de energía renovable distribuida dentro de 15 años y que esta transformación resultaría en una energía más resiliente, confiable y eficiente y un sistema más asequible. Este modelo también demuestra que no tendría que haber cambios operativos o mejoras en la red para mantener la confiabilidad del sistema hasta que la cantidad de energía renovable distribuida alcance al menos el 25% del consumo de energía del país. Si no se necesitan mejoras a la red, entonces no hay razón para enmendar la Ley 114-2007, en términos de quién pagará las mejoras hechas al sistema. Al mismo tiempo, el Estudio indicó que una

penetración del 25% de los recursos de energía distribuida en la red de la isla requeriría "Costos de Mitigación de Distribución" de más de $500 millones.

El estudio también pasa por alto los miles de millones necesarios para reparar los daños existentes en la red causados por la devastación provocada por el huracán María y asume el rendimiento nominal de los activos y analiza solo los costos adicionales necesarios para actualizar las mejoras relacionadas con las células fotovoltaicas. Es importante señalar que los resultados preliminares del Estudio de resiliencia de la red eléctrica y transiciones al 100 % de energía renovable de Puerto Rico (PR100), establecieron que "las actualizaciones del alimentador de distribución son necesarias para acomodar el crecimiento anticipado en la generación de distribución...", lo que contradice el estudio.

También LUMA señala que, en la exposición de motivos, se expresa "…que los sistemas fotovoltaicos…contribuyan a hacer más resiliente la red". La generación distribuida no hace que la red sea más resistente; hace que el suministro de energía sea más resistente para los clientes individuales que los instalan. Lo que hará que la red sea más resistente son los millones de dólares en inversiones y reparaciones que deben realizarse en la red. Todos los estudios y análisis realizados por LUMA se basan en las necesidades físicas y técnicas del sistema. Así, establecer porcentajes por la legislación sería contrario a esta responsabilidad y sería perjudicial para el funcionamiento del sistema, máxime cuando ahora solo se ha alcanzado el 3% de la energía renovable distribuida.

Finalmente, ni la Ley 114-2007, ni el P. del S. 1064, definen qué es una "compañía de servicio eléctrico", y respetuosamente sugerimos a la legislatura que la defina o incluya la definición contenida en el Artículo 1.3(l) de la Ley 57-2014, conocida como la " Ley de Transformación y Alivio Energético", según enmendada; y debemos enfatizar que cuando la Sección 2 del proyecto de ley establece que "puede aplicarse al Negociado de Energía" significaría absorber estos costos en tarifas, lo que finalmente aumentaría las tarifas para otros clientes que no participan en el programa de medición neta.

Por las razones expuestas anteriormente, LUMA no respalda el P. del S. 1064.

## CAMBIO PR

CAMBIO es una organización sin fines de lucro dedicada a desarrollar conocimiento, diseñar, promover e implementar estrategias y políticas sostenibles y responsables. Cuentan con una extensa trayectoria de participación en la discusión pública sobre el futuro energético del país, en casos del Negociado de Energía, a la vez que lideran esfuerzos comunitarios para abogar a favor de la energía renovable distribuida. Coordinan y forman parte de la coalición Queremos Sol, una iniciativa multisectorial que propone la transformación del sistema eléctrico a base de la energía renovable distribuida. Han publicado modelaje que demuestra la viabilidad técnica de alcanzar un nivel de energía renovable distribuida de 75% dentro de quince años.

El programa de medición neta ha tomado un rol clave en el desarrollo de la energía renovable distribuida en la isla. La energía solar en techos hoy suple mayor cantidad del consumo energético del país (3.7%) que la proveniente de proyectos de energía solar de gran escala. Estos sistemas en techos no solo benefician directamente los hogares, mejorando su resiliencia, sino que también brindan beneficios a todos los clientes del sistema eléctrico. Según análisis de CAMBIO, los ahorros para la AEE al no tener que comprar combustible fósil para generar la cantidad de energía suplida por placas solares equivale a 3 centavos/kWh. El único incentivo disponible actualmente para la adopción de sistemas fotovoltaicos en techos es el programa de medición neta.

Para CAMBIO, ante un servicio eléctrico cada vez en mayor deterioro, el pueblo de Puerto Rico necesita una transformación hacia un sistema eléctrico resiliente y asequible, basado en la energía solar en techos. Los que cuentan con los recursos para instalar sus propios paneles ya lo están haciéndolo. Debe ser un objetivo de política pública asegurarse que la resiliencia ofrecida a través de la energía distribuida sea accesible a todos y todas en el país, no solamente a aquellos que tienen recursos para adquirirla.

Por esta razón, a CAMBIO le preocupa que la Junta de Supervisión y Administración Financiera (JSAF) siga amenazando el desarrollo de la energía solar en techos en Puerto Rico. El acuerdo para reestructurar la deuda de la Autoridad de Energía Eléctrica (AEE) (el RSA, por sus siglas en inglés), que fue rechazado hace unos meses, hubiera impuesto un cargo en la energía producida por paneles solares en techos, creando así un desincentivo financiero para movernos hacia la energía renovable distribuida. Aunque este esfuerzo fracasó, vemos ahora que en el Plan Fiscal de la AEE de 2022 la JSAF busca debilitar el programa de medición neta. Específicamente, plantean que los clientes de medición neta solamente reciban un crédito correspondiente al costo de generación (que ahora ronda en 20 centavos por kWh) por la energía que contribuyan a la red, en vez de la tarifa actual. Esto es simplemente otra manera de desincentivar la inversión en sistemas solares en techos con el propósito de retener más ingresos disponibles para el pago de la deuda.

Según CAMBIO, la JSAF busca implementar este cambio a través que un estudio del programa de medición neta que la Ley 17-2019 requiere que el Negociado de Energía realice. La JSAF ha instruido al Negociado que finalice este estudio en o antes de junio de 2023 y que las reformas que el estudio recomienda al programa de medición neta se implementen en o antes del 11 de abril de 2024.

Apoyamos el PS 1064 por su propósito de proteger el programa de medición neta y de no permitir el que se desincentive a los clientes quienes quieren instalar placas solares en sus techos. En específico resaltamos:

- Requerir un estudio cuando ya la JSAF indica cuál debe ser el resultado del estudio, es un engaño. Por otra parte, el requisito establecido en la ley 17-2019 de llevar a cabo este estudio dentro de cinco años de la aprobación de dicha ley resulta arbitrario, dado que no está vinculado con ninguna métrica del desarrollo de la energía renovable distribuida. Los estudios del modelaje que publicó CAMBIO el año pasado indican que se pueden integrar más de 25% de energía renovable distribuida a la red eléctrica antes de tener que implementar cambios para manejar la interacción de

una cantidad mayor de energía renovable distribuida. Por eso, nos parece razonable establecer que el estudio se llevará a cabo una vez se haya alcanzado el 25% de penetración de energía renovable en techos.

- Apoyamos también la iniciativa de dirigir a LUMA y la AEE a identificar, dentro de los fondos federales ya asignados para la reconstrucción de la red, dinero para las mejoras necesarias al sistema de distribución que permita integrar más energía renovable. Bajo el marco regulatorio actual, si un cliente intenta interconectar un sistema solar en un alimentador de distribución que requiere mejoras para poder integrar la energía distribuida, el costo de estas mejoras recae en el cliente. Esto, a pesar de que las mejoras beneficien a todos los que estén conectados a ese alimentador, incluyendo a los que instalen sistemas fotovoltaicos en el futuro. Esta situación es injusta e inaceptable, particularmente cuando hay miles de millones de fondos federales disponibles para reconstruir y mejorar la resiliencia de la red eléctrica.

## ACONER

La Asociación de Consultores y Contratistas de Energía Renovable (ACONER) es una entidad sin fines de lucro fundada hace 15 años, con el objetivo de promover y proteger la industria de energía renovable, incluyendo la colaboración directa con entidades de gobierno en el establecimiento de políticas públicas de beneficio para nuestro país. Su membresía incluye alrededor de 125 compañías y contratistas independientes de esta industria. Promueven la educación continua de sus integrantes y el público general a través de seminarios y charlas. También llevamos a cabo iniciativas comunitarias para instalar sistemas fotovoltaicos en residencias o entidades con una necesidad apremiante.

Entre los fines para la creación de la Ley de Política Pública Energética de Puerto Rico (Ley 17-2019), se nombran (a) crear los parámetros que guiarán a un sistema

energético resiliente, confiable y robusto, (b) con tarifas justas y razonables para todas las clases de consumidores, (c) viabilizar que el usuario del servicio de energía produzca y participe en la generación de energía, y (d) facilitar la interconexión de la generación distribuida y microredes, entre otros. Entre las metas que promulga la ley se establece que la Cartera de Energía Renovable alcance un 100% de generación de energía a través de fuentes renovables para el 2050, con metas intermedias de 20% al 2022, 40% al 2025 y 60% al 2040. La ley también establece lograr un 30% de eficiencia energética (reducción en el consumo energético) para el año 2040.

Ante el innegable efecto del cambio climático y nuestra vulnerabilidad como isla, la implementación de esta política pública debe hacerse de modo que minimice el impacto de eventos de desastre natural, priorizando las siguientes razones (1) salvaguardar la vida y bienestar de los ciudadanos, (2) evitar disloques en la actividad social y económica, vital para mantener un nivel de vida digno y próspero, (3) por las ramificaciones demográficas que causan a mediano y largo plazo, y que resultan en despoblación de nuestro país y profundización de la crisis económica, y (4) por lo costoso y lento de los procesos de respuesta y reconstrucción.

Cada evento de desastre en sí mismo representa impactos a nuestra sociedad y economía con repercusiones que pueden durar años y hasta décadas, e invalidar cualquier estrategia de crecimiento socioeconómico supuesta sobre la presunción de energía disponible y asequible. Por tanto, la disponibilidad de energía limpia y asequible va a la raíz de cualquier aspiración de desarrollo económico y mejor calidad de vida para todos los puertorriqueños y residentes de nuestra isla.

ACONER plantea que para lograr lo anterior, el recurso solar (fotovoltaico) es una pieza fundamental en la implementación de la Ley 17-2019 por la siguiente razones: (1) amplia disponibilidad en nuestra Isla durante todo el año, con variaciones estacionales relativamente menores, (2) costos de mantenimiento relativamente bajos por su naturaleza pasiva y su larga durabilidad, y (3) compatibilidad con la descentralización y alta dispersión de las fuentes de generación, como es el caso de sistemas fotovoltaicos sobre techos de residencias y comercios, cerca del lugar donde se necesita y se consume la energía. Esta última representa el elemento más significativo

de todos, pues provee el componente de estabilidad y resiliencia ante situaciones de desastre, para lograr la seguridad y el desarrollo sostenido que el país anhela.

El Programa de Medición Neta es, y ha sido fundamental, en la adopción de energía renovable, particularmente fotovoltaica (placas solares), por ciudadanos y comerciantes desde sus techos. Este proceso de adopción, aún con la aceleración durante los últimos 2 años, ha sido relativamente lento. A la fecha, menos de un 4% de la generación de energía del país proviene de sistemas solares en techos, en comparación con la meta de 20% de generación mediante fuentes renovables que la Ley 17-2019 establece alcanzar este año 2022, próximo a concluir.

La lentitud en la adopción de sistemas de energía renovable en residencias y comercios responde principalmente a barreras económicas, al no existir al presente ningún otro incentivo para que los clientes de la AEE puedan aliviar el costo inicial de estos sistemas, o acelerar el tiempo para recuperar la inversión. Muchos de los clientes que han instalado sistemas de energía renovable lo han hecho bajo términos muy onerosos, estando dispuestos a asumir financiamiento de estos por periodos de hasta 25 años, incluso bajo estructuras de arrendamiento. Esto representa un claro síntoma de la desesperación de nuestra gente por contar con la seguridad energética para garantizar que sus vidas discurran con normalidad y atender sus necesidades más básicas. También refleja esa aspiración colectiva para disminuir el costo que pagamos por la energía que consumimos. La mayor parte de nuestro país vive "mes a mes", "peso a peso", y necesita alivios económicos. Nuestra gente no necesita ni aguanta más cargas económicas indebidas. Ante la ausencia de incentivos o un programa social a gran escala que garantice acceso a una cuota básica de energía limpia y almacenamiento, son nuestros ciudadanos quienes han asumido individualmente el costo de esa transformación. Esa inversión es, para la mayoría, un sacrificio que les tomará más de una década en recuperar.

Cualquier cambio al programa de medición neta que mine los beneficios al prosumidor y prolongue el tiempo de recuperar la inversión, debilitará el incentivo para potenciales prosumidores de acogerse al mismo y, por ende, es contrario a la política pública de integrar a los usuarios en la generación de energía y facilitar la

interconexión de generación distribuida, hasta alcanzar el 100% de fuentes renovables para el 2050.

Aunque la Ley 17-2019 dispone que se haga un estudio de costos y beneficios del programa de Medición Neta no más tarde de 5 años de la entrada en vigor de la ley, no existe ningún criterio para establecer ese término de tiempo. Si el periodo de 5 años se estableció de acuerdo con las metas de la ley de alcanzar un 20% de generación por fuentes renovables al 2022, y 40% al 2025, entonces tal estudio estaría considerablemente adelantado y a destiempo, por la brecha significativa entre las metas de la ley y la condición actual.

Los intentos recientes de la Junta de Supervisión Fiscal (JSF) de imponer costos o cuotas a la generación distribuida de energía, priorizando recaudos de la AEE para el repago de la deuda por encima de los fines de la Ley 17-2019, requieren que se cuestionen las intenciones para promover el estudio, o el valor de llevarlo a cabo en este momento. El estudio pudiera convertirse en el mecanismo para legitimar un fin que ya está establecido, que en este caso sería desincentivar la generación distribuida en residencias y comercios para que los clientes de la AEE tengan que seguir dependiendo de la generación centralizada o livianamente distribuida, y producida a base de combustibles fósiles tradicionales, como carbón y derivados de petróleo, o "de transición", como es el caso del metano (gas natural).

Más apremiante que un estudio sobre costos y beneficios del Programa de Medición Neta, nos parece cualquier iniciativa o estudio para coordinar esfuerzos y asignar presupuesto para viabilizar un avance más acelerado hacia la meta del 30% de eficiencia energética. Esta meta de nuestra política pública parece estar completamente desatendida. La eficiencia energética, que no es otra cosa que reducir el consumo innecesario de energía, ya sea utilizando equipos más eficientes, o cambios en los patrones de consumo para ahorrar energía, es un complemento necesario de la transición hacia fuentes renovables. Avances hacia las metas de eficiencia energética representaría alivios inmediatos a los retos de generación y apagones asociados ("relevos de carga") que el país experimenta en los meses de mayor consumo

energético, y que parece que seguiremos experimentando en años venideros ante la lentitud de los procesos de reconstrucción.

Por otro lado, la Ley 17-2019 impone un costo desproporcionado a las compañías solicitantes y sus clientes de proyectos de generación distribuida (GD), al exigirle asumir en carácter individual mejoras al sistema eléctrico, como lo sería cambios al alimentador ("feeder"), que sean necesarios para no sobrepasar su capacidad. Este requisito es contrario a los fines de la ley, de facilitar la participación de los usuarios en la producción de energía e interconexión de sus sistemas, particularmente en sistemas pequeños de menos de 25 kW. Las mejoras que puedan ser necesarias, en su inmensa mayoría no las ocasionaría un solo proyecto, y serían más bien el resultado del agregado de proyectos de generación distribuida interconectados en la zona. Las mejoras que asuma una compañía solicitante y su cliente liberarían a otras compañías solicitantes y sus clientes de su contribución a la mejora necesaria, y beneficiaría a futuras compañías solicitantes y clientes.

Esta responsabilidad única sobre mejoras a un bien público de nuestro sistema eléctrico, para ACONER, es injusta y desproporcionada en sí misma. La ley vigente, sin proponérselo, penaliza a la población más marginada del país, que por limitaciones económicas tardaría más en poder adquirir un sistema de energía renovable. También penaliza a la población más joven que puja para hacerse de una residencia segura o establecer un comercio, y que, por razones meramente cronológicas, no haya instalado un sistema de energía renovable antes de que mejoras al sistema eléctrico fuesen requeridas. Más aún, en el contexto de un proceso de reconstrucción de la totalidad del sistema eléctrico del país, y para el cual se han asignado miles de millones de dólares, debieran ser precisamente esos fondos y recursos públicos los que se utilicen para hacer las mejoras a la infraestructura pública, que permitan que más clientes puedan interconectar sus sistemas de energía renovable, consistente con los fines de la Ley 17-2019.

Por todo lo expresado anteriormente, ACONER respalda el Proyecto del Senado 1064 para hacer enmiendas a la Ley 17-2019, que viabilicen alcanzar los fines para los que fue creada.

**AAFAF**

EI PS 1064 enmienda la Ley del Programa de Medición Neta en la Autoridad de Energía Eléctrica ("Ley 114-2007") para aplazar el término mediante el cual el Negociado de Energía ("NEPR) debe realizar el estudio sobre medición neta y energía distribuida que ordena su Artículo 4[2] Actualmente, dicho estudio debe completarse dentro de los 5 años de la aprobación de la Ley 17-2019, conocida como "Ley de Política Pública Energética"[3] No obstante, según propone la medida, el estudio debería realizarse luego que la producción de energía renovable en la isla alcance el 25% de la producción total. Además, el PS 1064 propone enmendar la Ley 114-2007 para establecer que el costo de los cambios o mejoras necesarios en los alimentadores para la interconexión de sistemas fotovoltaicos sean a cuenta de la compañía de servicio eléctrico y no del solicitante de interconexión y autoriza a la primera a solicitar fondos federales para esos fines.

Sostiene la exposición de motivos del PS 1064 que la aprobación de la medida es necesaria pues, el Plan Fiscal de la Autoridad de Energía Eléctrica, certificado por la JSF el 28 de junio de 2022, "señala que el programa de medición neta podría ser demasiado generoso en el incentivo que provee a los prosumidores y enfatiza el estudio del programa requerido por la Ley como una oportunidad para reformarlo. Ante esto, concluye que "reducir el crédito que reciben los prosumidores por la energía que sus sistemas generan se puede interpretar como otro esfuerzo para imponer un "impuesto al sol".

En cuanto a la propuesta de requerir a la compañía de servicio eléctrico que sea quien asuma el cargo de las mejoras al sistema de distribución para aumentar la capacidad de la red en procesos de interconexión señala la exposición de motivos que "es contrario a la meta de empoderar a los consumidores para que generen su propia energía y a la vez no reconoce los beneficios positivos que los sistemas fotovoltaicos proveen a la red, no solo en términos de ahorro en combustible fósil importado sino que contribuye a hacer más resiliente a la red."

---

[2] Ley del Programa de Medición Neta en la Autoridad de Energía Eléctrica, Ley Núm. 114 de 16 de agosto de 2007, según enmendada.
[3] Ley de Política Pública Energética, Ley Núm. 17 de 11 de abril de 2019.

En Puerto Rico existe una clara política pública a favor de la medición neta o "net metering". En ese sentido, la Ley 114-2007 obliga a la Autoridad de Energía Eléctrica, su sucesora o el Contratante de la red de transmisión y distribución a:

> "... establecer y mantener un programa de medición neta (net metering) que permita la interconexión a la red eléctrica para permitir la retroalimentación de electricidad a los clientes que hayan instalado un equipo solar eléctrico, molino de viento o cualquier otra fuente de energía renovable capaz de producir energía eléctrica, utilizando un contador que mida el flujo de electricidad en dos direcciones, cónsono con lo dispuesto en la legislación y reglamentación federal aplicable, tales como el "Energy Policy Act, Pub. L. 102-486, Oct. 24, 1992, 106 Stat. 2776", según enmendado, y "Standards for Electric Utilities, Pub. L. 95-617, Title I, Sec. 111, Nov. 9, 1978, 92 Stat. 3121", según enmendado, entre otros, y la reglamentación que se adopte al amparo de los mismos."

Para cumplir con este mandato, dicha ley faculta al NEPR a realizar las gestiones que sean necesarias para viabilizar la interconexión. En el año 2019 se aprobó una enmienda a la Ley 114-2007 para ordenar la realización de un estudio sobre medición neta y energía distribuida. Dicha enmienda, incorporada en el Artículo 4, lee así:

> "Artículo 4- Tarifa aplicable.
> a) Estudio sobre Medición Neta y energía distribuida. - Se ordena al Negociado de Energía a realizar un estudio mediante un procedimiento formal independiente, con participación de partes interesadas y el público en general, en el cual evaluará y considerará los costos y beneficios asociados a: (1) el programa de medición neta, (2) las tecnologías de generación distribuida, (3) la energía solar a menor escala, y (4) los sistemas de almacenamiento de energía. Dicho estudio deberá concluirse no más tarde de cinco (5) años después de la entrada en vigor de la Ley de Política Pública Energética, estará sujeto a comentario público y tomará en consideración los siguientes factores: los costos de generación de energía, el valor de la capacidad, los costos de transmisión y distribución, las pérdidas evitadas en el sistema, y los costos evitados de cumplimiento ambiental, entre otros factores que el Negociado determine relevantes y apropiados.
>
> Luego de un periodo de cinco (5) años a partir de la aprobación de la Ley de Política Pública Energética, el Negociado podrá tomar cualquier determinación relacionada con el programa de medición neta tomando en consideración los resultados de dicho estudio. Una vez que los resultados

de dicho estudio sean integrados al programa o tarifa de medición neta, el estudio permanecerá en efecto por no menos de tres (3) años y hasta que el Negociado, motu propio o a petición de parte, determine que procede iniciar un procedimiento formal de revisión de este estudio.[4]

Del mismo modo, el Plan Fiscal de la AEE establece que el estudio ordenado por la Ley 114-2007 debe ser concluido en o antes del 30 de junio de 2023. Posterior a ello, el NEPR debe iniciar el proceso de implementar las conclusiones y recomendaciones del estudio actualizando la compensación de la medición neta y la estructura de créditos, procesos que debe estar culminado y la nueva estructura de medición neta en efecto para el 11 de abril de 2024, fecha en que se cumplen los 5 años de vigencia de la Ley-2019.

Actualmente, el Artículo 4 de la Ley 114-2007 dispone que el crédito por energía exportada por clientes de medición neta será igual al valor de dicha energía conforme a la tarifa aplicable al cliente y cualquier cargo aplicable a clientes de medición neta estará basado en su consumo neto. Ahora bien, una vez transcurrido el término de cinco (5) años dispuesto para el estudio, la tarifa aplicable a los clientes de medición neta, incluyendo la tarifa o mecanismo mediante el cual se compensará al cliente por la energía suplida a la red eléctrica, será determinado exclusivamente por el NEPR como parte del procedimiento de revisión de tarifas por servicio eléctrico dispuesto en la Ley 57-2014, o mediante un procedimiento administrativo separado, cuando así lo entienda necesario o conveniente. Cualquier determinación con relación al programa de medición neta entrará en vigor en el término dispuesto por el Negociado.

Tal como concluye el Plan Fiscal de la AEE, el problema con esta estructura es que la energía que compra la Autoridad por medición neta encarece los costos de compra de energía. Ahora bien, eso no significa que la revisión de la compensación y créditos que se conceden perjudiquen a los consumidores que contienen sistemas de producción de energía independiente.

---

[4] Véase, 2022 Fiscal Plan for the Puerto Rico Electric Power Authority, as certified by the Financial Oversight and Management Board for Puerto Rico, June 28, 2022, p.125.

Finalmente, si bien es cierto que la propuesta de requerir que sea la compañía de servicio eléctrico la que asuma el costo de las modificaciones al sistema en caso de que se requiera mejorar los alimentadores para viabilizar la interconexión, desde el punto de vista de la pericia de nuestra agencia, llaman a la atención de la Comisión el hecho de que Plan Fiscal del Gobierno de Puerto Rico, según certificado por la Junta de Supervisión Fiscal ("JSF") el 22 de enero de 2022, al amparo de las disposiciones de PROMESA, exige que toda ley que potencialmente afecte los recaudos deberá cumplir con el denominado "Principio de Neutralidad Fiscal" establecido en la Sección 17.3.3. Este principio exige que todo aumento en gastos venga acompañado por medidas que aumenten los recaudos o, que reduzcan el gasto presupuestario, en igual proporción. Por tanto, requerir que este costo lo asuma la compañía de servicio eléctrico puede encarecer los costos de operación y esta medida de convertirse en ley podría estar sujeta a que la JSF ejecute los mecanismos que la Sección 204 de PROMESA provee para su invalidación. Además, las enmiendas en cuanto al tiempo para completar el estudio de medición neta son inconsistentes con el texto del Plan Fiscal de la AEE, lo que también abre la puerta a que la JSF ejecute dicho mecanismo.

Cónsono con esto, AAFAF recomienda a esta Comisión le solicite comentarios sobre esta medida a la Autoridad de Energía Eléctrica y al Negociado de Energía de Puerto Rico. A esos fines, dan total deferencia a los comentarios de las entidades anteriormente mencionadas sobre su área pericial.

## IV. IMPACTO FISCAL

En cumplimiento con lo establecido en el Artículo 1.007 de la Ley 107-2020, según enmendada, conocida como "Código Municipal de Puerto Rico", la Comisión de Proyectos Estratégicos y Energía, certifica que la aprobación del Proyecto del Senado 1064, no conlleva un impacto fiscal sobre las finanzas de los gobiernos municipales, sin que estos la hayan proyectado previamente.

## V. CONCLUSIÓN

La medición neta es clave para que los consumidores tengan el derecho de aprovecharse de energía limpia y local para ser autosuficiente, y al mismo tiempo, provee beneficios a la red eléctrica. Al presente, no existen incentivos al consumidor para invertir en equipos que generan energía solar, más allá del crédito a recibir en sus facturas. Pese a lo anterior, en el Plan Fiscal de la Autoridad de Energía Eléctrica de Puerto Rico de 2022, la Junta de Supervisión y Administración Financiera, señala que el programa de medición neta, podría ser demasiado generoso en el incentivo que provee a los prosumidores, y enfatiza el estudio del programa requerido por la Ley, como oportunidad para reformarlo y que dicha reforma -en caso de que reduzca el crédito que reciben los prosumidores por la energía que sus sistemas generan-, se puede interpretar como otro esfuerzo para imponer un "impuesto al sol", lo cual ha sido y debe ser rechazado contundentemente.

En aras de no debilitar el programa de medición neta, es necesario enmendar el Artículo 4 de la Ley 114-2007. El estudio que ordena dicho Artículo supone realizarse en el mes de abril de 2024, o sea, 5 años desde la aprobación de la Ley 114-2007. Cuando se estableció ese término, se pensaba que, al transcurrir esos 5 años, Puerto Rico estuviera por encima del 25% de generación de energía renovable distribuida. Estamos muy lejos de eso. Al día de hoy, a penas sobre pasamos el 3% de generación de energía solar distribuida.

Por lo tanto, al enmendar el Artículo 4 de la Ley 114-2007 como propone el entirillado enmendado, daríamos hasta el año 2030, para que no se cambie la tarifa de medición neta. Según información del Negociado, la tasa de interconexión de sistemas distribuidos solares, al 2030, estaría alcanzando unos 2500 MW de generación de energía renovable distribuida, lo que equivaldría al 25% del consumo energético de Puerto Rico.

Para entonces, el Negociado podrá realizar el estudio de medición neta, considerando los costos de generación de energía, el valor de la capacidad, los costos de transmisión y distribución, las pérdidas evitadas en el sistema, y los costos evitados de

cumplimiento ambiental, entre otros factores que el ente regulador determine relevantes y apropiados.

En cuanto a la enmienda que el P. del S. 1064 propone para el Artículo 9 de la Ley 114-2007, la Comisión recomienda la redacción de una resolución conjunta, para que de manera específica, se identifique la cuantía y el fondo de donde provendrán los dineros y recursos que se requieran para que la "Compañía de Servicio Eléctrico pueda solicitar al Negociado de Energía y al Federal Emergency Management Agency (FEMA, por sus siglas en inglés), para aumentar la capacidad del sistema de distribución para integrar sistemas fotovoltaicos distribuidos".

**POR TODO LO ANTES EXPUESTO**, la Comisión de Proyectos Estratégicos y Energía del Senado de Puerto Rico, luego del estudio y consideración de los memoriales explicativos sometidos, expresiones vertidas en récord, así como de las enmiendas sugeridas en torno a la medida referida, tiene a bien someter a este Alto Cuerpo Legislativo su informe, **RECOMENDANDO LA APROBACIÓN** del **Proyecto del Senado 1064**, con enmiendas en su entirillado.

**RESPETUOSAMENTE SOMETIDO.**

**Hon. Javier A. Aponte Dalmau**
Presidente
Comisión de Proyectos Estratégicos y de Energía
Senado de Puerto Rico