# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 4780-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>HON. PEDRO PIERLUISI, in his official capacity as Governor of Puerto Rico,<br><br>Defendant. | Adv. Proc. No. 24-00062-LTS in 17 BK 4780-LTS |

### MOTION FOR LEAVE TO FILE DOCUMENTS IN THE SPANISH LANGUAGE AND REQUEST FOR AN EXTENSION OF TIME TO FILE CERTIFIED TRANSLATION

**TO THE HONORABLE COURT:**

COMES NOW, Solar United Neighbors ("SUN") and Sierra Club's Puerto Rico Chapter ("Sierra Club"), through its undersigned attorneys, and before this Honorable Court, very respectfully, states and prays:

1. On September 3, 2024, the appearing party filed the *Petition for Intervention* (ECF No. 13)

2. The appearing party respectfully requests for leave to file Exhibits 1 to 4 which was attached to the Petition for Intervention, in the Spanish language.

1

3. The appearing party respectfully requests a term of ten (10) days, until September 13, 2024, to file the certified translation of the documents that correspond to Exhibits 1 to 4.

**WHEREFORE,** SUN and Sierra Club respectfully request that this Honorable Court grants this Motion and allow them to file Exhibits 1 to 4 of the Petition for Intervention in the Spanish language, and an extension of time of ten (10) days, until September 13, 2024, to file the corresponding certified translation of such Exhibit.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 3rd day of September 2024.

**WE HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. A courtesy copy of this Motion will be delivered to the Court by email to SwainDPRCorresp@nysd.uscourts.gov as provided in *Third Amended Standing Order*.

**BUFETE Emmanuelli C.S.P.**

P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 787-841-1435
notificaciones@bufete-emmanuelli.com

*/s/Rolando Emmanuelli-Jiménez*
Rolando Emmanuelli-Jiménez, Esq.
USDC: 214105
rolando@emmanuelli.law

*/s/ Zoé C. Negrón-Comas*
Zoé C. Negrón-Comas, Esq.

USDC: 308702
zoe@emmanuelli.law

*Counsel to* SUN and Sierra Club