# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                              Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>HON. PEDRO PIERLUISI, in his official capacity as Governor of Puerto Rico,<br><br>                              Defendant. | Adv. Proc. No. 24-00062-LTS in 17 BK 4780-LTS |

**MOTION SUBMITTING CERTIFED TRANSLATION**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO THE HONORABLE COURT:**

COMES NOW, Solar United Neighbors ("SUN") and Sierra Club's Puerto Rico Chapter ("Sierra Club") duly represented by the undersigned counsel and respectfully state as follows:

1. On September 3, 2024, Intervenor-Defendants filed *Motion for Leave to File Documents in the Spanish Language and Request for an Extension of time to file Certified Translations* ("Intervenor-Defendants Motion") (ECF No. 14)

2. On September 4, 2024, the Honorable Court granted *Intervenor-Defendants Motion* and ordered Intervenor-Defendants to file the certified translations of Exhibits 1 to 4 by September 13, 2024. (ECF No. 17.)

3. Intervenor-Defendants is hereby submitting Certified Translation of Exhibit 1.

**WHEREFORE,** Intervenor-Defendants respectfully requests that this Honorable Court take notice of the above stated.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 5th day of September 2023.

**WE HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. A courtesy copy of this Motion will be delivered to the Court by email to SwainDPRCorresp@nysd.uscourts.gov as provided in *Third Amended Standing Order.*

In Ponce, Puerto Rico.
Date: September 5, 2024



P.O. Box 10779

Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 787-841-1435
notificaciones@bufete-emmanuelli.com

*s/ Rolando Emmanuelli Jiménez*
**Lcdo. Rolando Emmanuelli Jiménez**
**USDC:** 214105
rolando@emmanuelli.law

*s/ Zoé C. Negrón Comas*
**Lcda. Zoé C. Negrón Comas**
**USDC:** 308702
zoe@emmanuelli.law

*Counsel for Solar United Neighbors and Sierra Club PR*