# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO <u>et al.</u>, | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | (Jointly Administered) |
| Debtor. | |

---------------------------------------------------------x

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Adv. Proc. No. 24-00062-LTS |
| Plaintiffs, | |
| v. | |

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

HON. PEDRO PIERLUISI, in his official
capacity as Governor of Puerto Rico,

                      Defendants.

-----------------------------------------------------------x

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ENGLISH TRANSLATIONS

This matter is before the Court on the *Motion for Extension of Time to File Certified English Translations* (Dkt. No. 23) (the "Motion") filed by Hon. José Luis Dalmau, in his official capacity as the President of the Senate of Puerto Rico (the "Senate"). Finding good cause for the requested relief, the Court hereby ALLOWS the Motion. The certified translations of cases *Delgado, Ex parte*, 165 D.P.R. 170 (P.R. 2005) and *Muñoz Barrientos v. Estado Libre Asociado de Puerto Rico*, 212 D.P.R. 714 (2023) related to the *Reply in Support of the Senate of Puerto Rico's Motion to Intervene* (Dkt. No. 22) shall be filed by **September 19, 2024**.

       This Order resolves Dkt. No. 23.

       SO ORDERED.

                                              / s / Judith Gail Dein
                                              Judith Gail Dein
                                              United States Magistrate Judge

DATED: September 10, 2024