# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff<br><br>v.<br><br>HON. PEDRO PIERLUISI, in his official capacity as Governor of Puerto Rico,<br><br>Defendant | Adv. Proc. No. 24-00062-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

### THE GOVERNOR'S LIMITED OBJECTION TO SOLAR UNITED NEIGHBORS AND SIERRA CLUB PUERTO RICO'S INTERVENTION PETITION

To the Honorable United States District Court Judge Laura Taylor Swain and the Honorable United States Magistrate Judge Judith Gail Dein:

Defendant Hon. Pedro R. Pierluisi, in his official capacity as the Governor of the Commonwealth of Puerto Rico (the "Governor"), respectfully submits this limited objection (the "Limited Objection") to the *Petition for Intervention* (the "Intervention Motion") filed by Solar United Neighbors ("SUN") and Sierra Club Puerto Rico ("Sierra Club," collectively with SUN, "Movants").[2] In support of this Limited Objection, the Governor respectfully states as follows:

1. Currently pending before the Court is the Financial Oversight and Management Board's complaint (the "Complaint"), raising claims against the Governor in connection with the enactment and implementation of Act 10-2024 ("Act 10").

2. On September 3, 2024, Movants filed the Intervention Motion arguing that they meet the requirements for intervention as of right or, in the alternative, should be granted permissive intervention.[3]

3. The Governor submits that, should the Court be inclined to grant Movants' request, in the interest of judicial economy, he would not oppose it, provided the Court does so on a limited basis and to the extent that the order authorizing such intervention confirms that Movants:

    i. are not authorized to bring claims, file motions, or take discovery in connection with these proceedings;

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Intervention Motion.

[3] Intervention Motion ¶ 28.

    ii. other than being heard on motions filed by the Oversight Board or the Governor and having access to discovery taken by the Oversight Board or the Governor, will not have any other rights, including, without limitation, the right to settle, oppose settlement or appeal any court decision regarding the Complaint; and

    iii. cannot use the fact of intervention for any purpose.

4. The Governor therefore requests that to the extent the Court authorizes the participation of Movants in these proceedings, it does so only on the terms and conditions set forth in this Limited Objection.

*Remainder of Page Intentionally Left Blank*

Dated: September 10, 2024
San Juan, Puerto Rico

Respectfully submitted,

| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
|---|---|
| */s/ William J. Sushon* | */s/ Luis C. Marini-Biaggi* |
| John Rapisardi | Luis C. Marini-Biaggi |
| William J. Sushon | USDC No. 222301 |
| (Admitted *Pro Hac Vice*) | Carolina Velaz-Rivero |
| 1301 Avenue of the Americas, | USDC No. 300913 |
| 17th Floor, | Ignacio J. Labarca-Morales |
| New York, NY 10019 | USDC No. 303307 |
| Telephone: (212) 326-2000 | 250 Ponce de León Ave., Suite 900 |
| Facsimile: (212) 326-2061 | San Juan, Puerto Rico 00918 |
| Email: jrapisardi@omm.com | Telephone: (787) 705-2171 |
| wsushon@omm.com | Facsimile: (787) 936-7494 |
| | Email: lmarini@mpmlawpr.com |
| -and- | cvelaz@mpmlawpr.com |
| | ilabarca@mpmlawpr.com |
| Peter Friedman | |
| 1625 Eye Street, NW | *Attorneys for Governor Pedro R. Pierluisi* |
| Washington, DC 20006 | |
| Telephone: (202) 383-5300 | |
| Facsimile: (202) 383-5414 | |
| Email: pfriedman@omm.com | |
| | |
| *Attorneys for Governor Pedro R. Pierluisi* | |