# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:                                                    PROMESA

THE FINANCIAL OVERSIGHT AND                               Title III
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                          (Jointly Administered)
et al.,

             Debtors.[1]

---------------------------------------------------------x

In re:                                                    PROMESA

THE FINANCIAL OVERSIGHT AND                               Title III
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                No. 17 BK 4780-LTS

PUERTO RICO ELECTRIC POWER                               (Jointly Administered)
AUTHORITY,

         Debtor.

-----------------------------------------------------x

THE FINANCIAL OVERSIGHT AND                               Adv. Proc. No. 24-00062-LTS
MANAGEMENT BOARD FOR PUERTO
RICO,

         Plaintiffs,

         v.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

HON. PEDRO PIERLUISI, in his official
capacity as Governor of Puerto Rico,

Defendant,

and

SENATE OF PUERTO RICO, through Hon.
José Luis Dalmau, in his official capacity as
President of the Senate of Puerto Rico,

Intervenor – Defendant.
-----------------------------------------------------------x

## ORDER

This matter is before the Court on the *Urgent Consented-To Motion for Order Granting
Leave to Exceed Page Limits in Connection with Financial Oversight and Management Board for
Puerto Rico's Motion for Summary Judgment Pursuant to Bankruptcy Rule 9056* (Dkt. No. 37)
(the "Urgent Motion").  Taking note of the agreement among the parties and finding good
cause for the requested relief, the Court hereby ALLOWS the Urgent Motion.  The Financial
Oversight and Management Board of Puerto Rico may file a memorandum in support of its
motion for summary judgment not to exceed forty (40) pages, exclusive of the cover page,
tables of contents and authorities, signature pages, exhibits, and certificate of service.

This Order resolves Dkt. No. 37.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: September 23, 2024