# EXHIBIT 1

# Proposed Order

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>  Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff<br><br>v.<br><br>HON. PEDRO PIERLUISI, in his official capacity as Governor of Puerto Rico,<br><br>Defendant | Adv. Proc. No. 24-00062-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and

SENATE OF PUERTO RICO, through Hon. José Luis Dalmau, in his official capacity as President of the Senate of Puerto Rico,

Intervenor – Defendant

**[PROPOSED] ORDER APPROVING THE GOVERNOR'S URGENT UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR HIS OPPOSITION TO FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO'S MOTION FOR SUMMARY JUDGMENT UNDER BANKRUPTCY RULE 7056 AND REQUEST FOR RELIEF UNDER RULE 56(D)**

**ORDER**

This matter is before the Court on *The Governor's Urgent Unopposed Motion for Leave to Exceed Page Limit for His Opposition to Financial Oversight and Management Board for Puerto Rico's Motion for Summary Judgment Under Bankruptcy Rule 7056 and Request for Relief Under Rule 56(d)* (Dkt. No. __) (the "Urgent Motion"). Taking note that the Urgent Motion is unopposed and finding good cause for the requested relief, the Court hereby GRANTS the Urgent Motion. The Governor may file an opposition to the Financial Oversight and Management Board for Puerto Rico's motion for summary judgment not to exceed forty (45) pages, exclusive of the cover page, tables of contents and authorities, signature pages, exhibits, and certificate of service.

This Order resolves Dkt. No. __.

SO ORDERED.

_____
The Honorable Judith Gail Dein
United States Magistrate Judge

DATED: October __, 2024

1